636 A.2d 629

COMMONWEALTH of Pennsylvania, **HIGHER EDUCATION ASSISTANCE AGENCY (PHEAA), Appellant,**

v.

**STATE EMPLOYEES' RETIREMENT BOARD.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Feb. 15, 1994.

Richard H. Glanton, Marilyn Heffley, Barbara R. Binis, Philadelphia, for PHEAA.

Jeffrey B. Clay, Harrisburg, for S.E.R.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.